**Electronically Filed
Supreme Court
SCPW-21-0000373
20-JUL-2021
08:07 AM
Dkt. 10 ODMR**

SCPW-21-0000373

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS P. GRANDINETTI, Petitioner,

vs.

THE HONORABLE PETER K. KUBOTA, Judge of the Circuit Court of the
Third Circuit, State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING
(CASE NO. 3PC930000141)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Francis P.

Grandinetti's motion for reconsideration, filed on July 16, 2021,

and the record,

IT IS HEREBY ORDERED that the motion for

reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

